Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–21296–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Peter Ashey
    aka Peter G Ashey
    9 Midvale Drive
    Pittstown, NJ 08867

Social Security No.:
    xxx–xx–5092

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 7, 2016.

On September 9, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:                    October 12, 2016
Time:                      10:00 AM
Location:             Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2016
JJW: seg

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-21296-CMG
Peter Ashey                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 2          Date Rcvd: Sep 09, 2016
                             Form ID: 185           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
db          +Peter Ashey,   9 Midvale Drive,   Pittstown, NJ 08867-4240
cr          +Division of Taxation, State of New Jersey,   P.O. Box 245,   Trenton, NJ 08695-0245
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK N,   Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
515639973   +American Express,   Attn:Managing Agent/President,   PO Box 3001,   16 General Warren Blvd.,
             Malvern, PA 19355-1245
515639974   +American Express Bank,   c/o Jaffe & Asher,   Attn: Joshua Reitzas,Esq.,   1107 Goffle Road,
             Hawthorne, NJ 07506-2000
515665075    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515570544   +Barclay Card/Asset Acceptance LLC,   Attn: Bankruptcy Dept.,   PO Box 2036,
             Warren, MI 48090-2036
515579061   +Midland Credit Management, Inc.,   as agent for Asset Acceptance LLC,   PO Box 2036,
             Warren, MI 48090-2036
515570548   ++NISSAN MOTOR ACCEPTANCE CORPORATION,   LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan-Infiniti Lt,   Attn: Bankruptcy,   8900 Freeport Parkway,
             Irving, TX 75063)
515570550   +NJ Motor Vehicle Commission,   Surcharge Administration Office,   PO Box 136,
             Trenton, NJ 08601-0136
515570549   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: NJ Division of Taxation,   50 Barracks Street,   PO Box 269,
             Trenton, NJ 08695)
515570551   +Santander Consumer USA,   PO Box 961245,   Ft Worth, TX 76161-0244
515592569   +Santander Consumer USA Inc,   P.O. Box 560284,   Dallas, TX 75356-0284
515790443   +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, et.al.,   WELLS FARGO BANK, N.A.,
             ATTENTION: BANKRUPTCY DEPARTMENT,   MAC #D3347-014,   3476 STATEVIEW Boulevard,
             FORT MILL, SC 29715-7203
515570553   ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir.,
             Frederick, MD 21701)
515570552   +Wells Fargo Bank NV NA,   Attn: Deposits BK MAC#P6103-05K,   PO Box 3908,
             Portland, OR 97208-3908
515789394    Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus X2303-01A,
             Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2016 22:10:50    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2016 22:10:50    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515570545   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 09 2016 22:10:55
             Bayview Financial Loan,   4425 Ponce De Leon Blvd,   Coral Gables, FL 33146-1873
515772878   +E-mail/Text: camanagement@mtb.com Sep 09 2016 22:10:47
             Bayview Loan Servicing, LLC, a Delaware Limited Li,   C/O M&T BANK,   PO BOX 840,
             Buffalo, NY 14240-0840
515570546   +E-mail/Text: creditonebknotifications@resurgent.com Sep 09 2016 22:10:40    Credit One Bank NA,
             Po Box 98873,   Las Vegas, NV 89193-8873
515570547   +E-mail/Text: cio.bncmail@irs.gov Sep 09 2016 22:10:43    Internal Revenue Service,
             PO Box 7346,   Philadelphia, PA 19101-7346
515701707    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2016 22:07:42
             LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                        TOTAL: 7

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515721732*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515644373*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   P.O. Box 245,
             Trenton, NJ 08695-0245)
                                                                          TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2          Date Rcvd: Sep 09, 2016
                             Form ID: 185              Total Noticed: 25
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor  BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor  BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor  Bayview Loan Servicing NJECFMAIL@mwc-law.com
          Andrew L. Spivack    on behalf of Creditor  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
           nj.bkecf@fedphe.com
          Celine P. Derkrikorian    on behalf of Creditor  BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor  Bayview Loan Servicing
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor  BAYVIEW LOAN SERVICING, LLC
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor  U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
           SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003-7F
           nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor  WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION,
           AS TRUSTEE FOR GSR 2003-7F nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor  Bayview Loan Servicing jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Paul V. Buonaguro    on behalf of Creditor  Division of Taxation, State of New Jersey
           paul.buonaguro@dol.lps.state.nj.us
          R. A. Lebron    on behalf of Creditor  BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          William M.E. Powers    on behalf of Creditor  Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor  Wells Fargo Bank, N.A. ecf@powerskirn.com
          William S. Wolfson    on behalf of Debtor Peter  Ashey wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                              TOTAL: 18
```