Last revised 8/1/15

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:
Peter Ashey

Case No.: _____15-21296_____

Judge: _____Christine M.Gravelle_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original      ☒ Modified/Notice Required      ☒ Discharge Sought

☒ Motions Included      ☐ Modified/No Notice Required      ☐ No Discharge Sought

Date: _____9/9/2016_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| Part 1: Payment and Length of Plan |
|---|

a. The debtor shall pay $ ___7,100.00 plus*___ per ___month___ to the Chapter 13 Trustee, starting on ___10/1/2016___ for approximately ___45___ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☒ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

* $57,325.61 previously paid into Chapter 13 trustee through 8/29/2016 followed by $7,100 per month for 45 months. Any default in trustee payments is cured with this payment schedule.

### Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ $4303/442.09/1618 to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: Wells Fargo/ Wells 2nd Mort/USBank or E (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Albert Russo Ch 13 trustee | admin. 507(a) | 7.4% of funds handled. |
| William Wolfson Esq. Debtor's cousnel | admin. 507(a) | $3500 and fee orders previously paid. Plus any additional fee orders granted in the future after notice and hearing. |

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Wells Fargo | debtor's home | $293,471.15 | | $293,471.15 or as allowed | $4,303.18 plus changes for escrow adjustments annually |
| Bayview Loan Serving | Debtor's mother's home | $29,822.81 | | 29,822.81 or as allowed | $1,618.00 plus changes for escrow adjustments annually |
| Wells Fargo | 2nd mortgage debtor's home | $442.09 | | $442.09 or as allowed | $442.09 |
| Santander Consumer | 2010 KIA auto loan | $40.00 | | $40.00 or as allowed | $431.34 |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Asset Acceptance LLC (claim filed by Midland Credit Management) | judgment | 2,491.02 | $550,000 | 629,671.00 | -0- | -0- | 2,491.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| n/a | | | |

    **d. Secured Claims Unaffected by the Plan**

      The following secured claims are unaffected by the Plan:

    **e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

    **a. Not separately classified** allowed non-priority unsecured claims shall be paid:

      ☐ Not less than $ _____ to be distributed *pro rata*

      ☒ Not less than _____100_____ percent

      ☐ *Pro Rata* distribution from any remaining funds

    **b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

| Part 7: | Motions |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
| Asset Acceptance LLC (claim filed by Midland Credit Management) | judicial lien debtor's home | $2,491.02 |

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) counsel fees and costs as allowed
3) all allowed secured claims
4) General unsecured claims without priority including NJ Division of Taxation

**d. Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____9 6 2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Claims filed for less than debtor anticipated. | adjusted payments to amount , indicated amounts previously paid into plan. |
| Previously expect sale of business did not occur and contracts not signed. | clarified that Asset Acceptance's judgment was embedded ina proof fof claim filed by Midland Management |
| capitalize post petition arrears to trustee, Capitalization of arrears per 11 USC 1322(b)(3),11 USC 1329(a) and (b), and 11 USC 1323 (a) | corrected interest and trustee compensation |
| corrected Wells Fargo first mortgage arrears at time of filing to lessor amount in its proof of claim, |  |
| added Wells Fargo second mortgage arrears<br>Added Santandar Consumer auto loan arrears |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

| **Part 10:** | **Sign Here** |
|---|---|

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 9  9 2016                                            /s/ William S.Wolfson
                                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 9 9 2016                                              /s/Peter Ashey
                                                                         Debtor

Date: _____                                _____
                                                                         Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 15-21296-CMG
Peter Ashey                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Sep 09, 2016
                              Form ID: pdf901            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2016.
```
db             +Peter Ashey,    9 Midvale Drive,    Pittstown, NJ 08867-4240
cr             +Division of Taxation, State of New Jersey,    P.O. Box 245,    Trenton, NJ 08695-0245
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK N,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515639973      +American Express,    Attn:Managing Agent/President,    PO Box 3001,    16 General Warren Blvd.,
                 Malvern, PA 19355-1245
515639974      +American Express Bank,    c/o Jaffe & Asher,    Attn: Joshua Reitzas,Esq.,    1107 Goffle Road,
                 Hawthorne, NJ 07506-2000
515665075       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515570544      +Barclay Card/Asset Acceptance LLC,    Attn: Bankruptcy Dept.,    PO Box 2036,
                 Warren, MI 48090-2036
515579061      +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
515570548     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
                 Irving, TX 75063)
515570550      +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                 Trenton, NJ 08601-0136
515570549     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,    50 Barracks Street,    PO Box 269,
                 Trenton, NJ 08695)
515570551      +Santander Consumer USA,    PO Box 961245,    Ft Worth, TX 76161-0244
515592569      +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
515790443      +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, et.al.,     WELLS FARGO BANK, N.A.,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,    3476 STATEVIEW Boulevard,
                 FORT MILL, SC 29715-7203
515570553     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Cir.,
                 Frederick, MD 21701)
515570552      +Wells Fargo Bank NV NA,    Attn: Deposits BK MAC#P6103-05K,    PO Box 3908,
                 Portland, OR 97208-3908
515789394       Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                 Des Moines, IA 50328-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2016 23:18:29     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2016 23:18:26     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515570545      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 09 2016 23:18:49
                 Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
515772878      +E-mail/Text: camanagement@mtb.com Sep 09 2016 23:18:17
                 Bayview Loan Servicing, LLC, a Delaware Limited Li,     C/O M&T BANK,    PO BOX 840,
                 Buffalo, NY 14240-0840
515570546      +E-mail/Text: creditonebknotifications@resurgent.com Sep 09 2016 23:17:52     Credit One Bank NA,
                 Po Box 98873,    Las Vegas, NV 89193-8873
515570547      +E-mail/Text: cio.bncmail@irs.gov Sep 09 2016 23:18:06     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
515701707       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2016 23:22:19
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515721732*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515644373*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Sep 09, 2016
                              Form ID: pdf901           Total Noticed: 25
```

              ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
               nj.bkecf@fedphe.com
              Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
               nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION,
               AS TRUSTEE FOR GSR 2003-7F nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul V. Buonaguro    on behalf of Creditor    Division of Taxation, State of New Jersey
               paul.buonaguro@dol.lps.state.nj.us
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William S. Wolfson    on behalf of Debtor Peter  Ashey wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                              TOTAL: 18
```