UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

William S. Wolfson, Esq.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822
Attorney for Debtor
908 782-9333
Our File No.: 1106.57078
WW4019

Order Filed on November 3, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Peter Ashey,
 Debtor

Case No.:    15-21296

Chapter:    13

Judge:    Gravelle

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 3, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William S. Wolfson, Esq._____, the applicant, is allowed a fee of $ _____2,060.00_____ for services rendered and expenses in the amount of $_____22.64_____ for a total of $_____2,082.64_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____8,265.33_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-21296-CMG
Peter Ashey                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Nov 03, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
db             +Peter Ashey,    9 Midvale Drive,    Pittstown, NJ 08867-4240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY NJECFMAIL@mwc-law.com
              Alexandra T. Garcia    on behalf of Creditor     Bayview Loan Servicing NJECFMAIL@mwc-law.com
              Andrew L. Spivack    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
               nj.bkecf@fedphe.com
              Celine P. Derkrikorian     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY njecfmail@mwc-law.com
              Denise E. Carlon     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    Bayview Loan Servicing
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor     WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION,
               AS TRUSTEE FOR GSR 2003-7F nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
               SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
               nj.bkecf@fedphe.com
              Joshua I. Goldman    on behalf of Creditor     Bayview Loan Servicing jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul V. Buonaguro    on behalf of Creditor     Division of Taxation, State of New Jersey
               paul.buonaguro@dol.lps.state.nj.us
              R. A. Lebron    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              William M.E. Powers    on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
              William S. Wolfson    on behalf of Debtor Peter   Ashey wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                              TOTAL: 18