Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15−21296−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Ashey
   aka Peter G Ashey
   9 Midvale Drive
   Pittstown, NJ 08867

Social Security No.:
   xxx−xx−5092

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/5/17 at 09:00 AM

to consider and act upon the following:

*119* – Creditor's Certification of Default (related document:56 Order on Motion For Relief From Stay) filed by Michael Frederick Dingerdissen on behalf of U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003− 7F. Objection deadline is 03/8/2017. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Dingerdissen, Michael)


Dated: 3/9/17

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court