Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−21296−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Peter Ashey
   aka Peter G Ashey
   9 Midvale Drive
   Pittstown, NJ 08867

Social Security No.:
   xxx−xx−5092

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       5/3/17
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
William Wolfson, debtor's attorney

COMMISSION OR FEES
Fees: 2120.00

EXPENSES
43.46

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: April 11, 2017
JAN:

                                    Jeanne Naughton
                                    Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 15-21296-CMG
Peter Ashey                                               Chapter 13
      Debtor                    CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin            Page 1 of 2        Date Rcvd: Apr 11, 2017
                          Form ID: 137           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db            +Peter Ashey,    9 Midvale Drive,    Pittstown, NJ 08867-4240
cr            +Division of Taxation, State of New Jersey,    P.O. Box 245,    Trenton, NJ 08695-0245
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK N,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
515639973     +American Express,    Attn:Managing Agent/President,    PO Box 3001,    16 General Warren Blvd.,
                Malvern, PA 19355-1245
515639974     +American Express Bank,    c/o Jaffe & Asher,    Attn: Joshua Reitzas,Esq.,   1107 Goffle Road,
                Hawthorne, NJ 07506-2000
515665075      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515570544     +Barclay Card/Asset Acceptance LLC,    Attn: Bankruptcy Dept.,    PO Box 2036,
                Warren, MI 48090-2036
515579061     +Midland Credit Management, Inc.,    as agent for Asset Acceptance LLC,    PO Box 2036,
                Warren, MI 48090-2036
515570548    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,   DALLAS TX 75266-0366
              (address filed with court: Nissan-Infiniti Lt,     Attn: Bankruptcy,    8900 Freeport Parkway,
                Irving, TX 75063)
515570550     +NJ Motor Vehicle Commission,    Surcharge Administration Office,    PO Box 136,
                Trenton, NJ 08601-0136
515570549    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,     50 Barracks Street,    PO Box 269,
                Trenton, NJ 08695)
515570551     +Santander Consumer USA,    PO Box 961245,    Ft Worth, TX 76161-0244
515592569     +Santander Consumer USA Inc,    P.O. Box 560284,   Dallas, TX 75356-0284
515790443     +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, et.al.,    WELLS FARGO BANK, N.A.,
                ATTENTION: BANKRUPTCY DEPARTMENT,    MAC #D3347-014,    3476 STATEVIEW Boulevard,
                FORT MILL, SC 29715-7203
515570553    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Home Mortgage,     8480 Stagecoach Cir.,
                Frederick, MD 21701)
515570552     +Wells Fargo Bank NV NA,    Attn: Deposits BK MAC#P6103-05K,    PO Box 3908,
                Portland, OR 97208-3908
515789394      Wells Fargo Bank, N.A.,    Home Equity Group,    1 Home Campus X2303-01A,
                Des Moines, IA 50328-0001
516610673     +Wollemi Acquisitions, LLC by AIS Data Services,    PO Box 165028,    Irving, TX 75016-5028
516610674     +Wollemi Acquisitions, LLC by AIS Data Services,    PO Box 165028,    Irving, TX 75016,
                Wollemi Acquisitions, LLC by AIS Data Se,    PO Box 165028,    Irving, TX 75016-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 11 2017 22:48:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 11 2017 22:48:22      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515570545     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 11 2017 22:48:52
                Bayview Financial Loan,    4425 Ponce de Leon Blvd,    Coral Gables, FL 33146-1873
515772878     +E-mail/Text: camanagement@mtb.com Apr 11 2017 22:48:11
                Bayview Loan Servicing, LLC, a Delaware Limited Li,    C/O M&T BANK,    PO BOX 840,
                Buffalo, NY 14240-0840
515570546     +E-mail/Text: creditonebknotifications@resurgent.com Apr 11 2017 22:47:43      Credit One Bank NA,
                Po Box 98873,    Las Vegas, NV 89193-8873
515570547     +E-mail/Text: cio.bncmail@irs.gov Apr 11 2017 22:47:59      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
515701707      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2017 22:45:30
                LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516585751     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Apr 11 2017 22:45:26
                Wollemi Acquisitions, LLC,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515721732*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
515644373*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,    P.O. Box 245,
                Trenton, NJ 08695-0245)
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Apr 11, 2017
                               Form ID: 137             Total Noticed: 28
```

```
           ***** BYPASSED RECIPIENTS (continued) *****
```

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2017 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor      BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor      BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor     Bayview Loan Servicing NJECFMAIL@mwc-law.com
          Andrew L. Spivack    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
           IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
           nj.bkecf@fedphe.com
          Celine P. Derkrikorian    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor     Bayview Loan Servicing
           bankruptcynotice@zuckergoldberg.com,     bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC
           bankruptcynotice@zuckergoldberg.com,     bkgroup@kmllawgroup.com
          John Philip Schneider    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,
           SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003- 7F
           nj.bkecf@fedphe.com
          John Philip Schneider    on behalf of Creditor     WELLS FARGO BANK, N.A. AS SERVICER FOR U.S. BANK
           NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION,
           AS TRUSTEE FOR GSR 2003-7F nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor     Bayview Loan Servicing jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael Frederick Dingerdissen    on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS
           TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSR 2003-
           7F nj.bkecf@fedphe.com
          Paul V. Buonaguro    on behalf of Creditor     Division of Taxation, State of New Jersey
           paul.buonaguro@dol.lps.state.nj.us
          R. A. Lebron    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
          William M.E. Powers    on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor     Wells Fargo Bank, N.A. ecf@powerskirn.com
          William S. Wolfson    on behalf of Debtor Peter    Ashey wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                                              TOTAL: 19
```